**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Optiview 360 Tours L.L.C.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4735760** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**855 N US Highway 17-92**<br>**Longwood, FL 32750**<br>Number, Street, City, State & ZIP Code<br><br>**Seminole**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Optiview 360 Tours L.L.C.**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Optiview 360 Tours L.L.C.**   Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Optiview 360 Tours L.L.C.**                                       Case number (*if known*)
        Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Optiview 360 Tours L.L.C.                                          Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11-20-2023
              MM / DD / YYYY

X _____        Joseph A. Diaz
  Signature of authorized representative of debtor   Printed name

Title  **President**

**18. Signature of attorney**

X _____        Date  11/20/2023
  Signature of attorney for debtor                     MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**     Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Optiview 360 Tours L.L.C.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 981535 El Paso, TX 79990 | | Credit Card | | | | $2,250.00 |
| **Amur Equipment Finance** 304 W. 3rd Street P.O Box 2555 Grand Island, NE 68801 | | Professional Services | | $17,526.18 | $0.00 | $17,526.18 |
| **Amur Equipment Finance** 304 W. 3rd Street P.O Box 2555 Grand Island, NE 68801 | | Professional Services | | $26,616.55 | $0.00 | $26,616.55 |
| **Florida First Capital Corp** 1351 N, Gadsden Street Tallahassee, FL 32303 | | Bridge Loan | | | | $50,000.00 |
| **Kabbage** 730 Peachtree St. NE Suite 1100 Atlanta, GA 30308 | | Bank Loan | | $4,500.00 | $0.00 | Unknown |
| **Leaf Capital Funding, LLC** 2005 Market Street 14th Floor Philadelphia, PA 19103 | | Bank Loan | | $163,162.96 | $0.00 | $163,162.96 |
| **Navitas Credit Corp.** 201 Executive Center Dr. Suite 100 Columbia, SC 29210 | | Professional Services | | $80,763.80 | $0.00 | $80,763.80 |

Debtor  **Optiview 360 Tours L.L.C.**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Navitas Credit Corp.** 201 Executive Center Dr. Suite 100 Columbia, SC 29210 | | **Professional Servcies** | | $13,302.67 | $0.00 | $13,302.67 |
| **Pawnee Leasing** 3801 Automation Way Suite 207 Fort Collins, CO 80525 | | **Professional Services** | | $38,850.40 | $0.00 | $38,850.40 |
| **Secured Lender Solutions** P.O. Box 2576 Springfield, IL 62708 | | **Bank Loan** | | Unknown | $0.00 | Unknown |
| **U.S. Bank N.A.** PO Box 790448 Saint Louis, MO 63179 | | **Professional Services** | | Unknown | $0.00 | Unknown |
| **Western Equipment Finance, Inc.** P.O. Box 640 Devils Lake, ND 58301 | | **Professional Services** | | $22,293.44 | $0.00 | $22,293.44 |
| **Western Equipment Finance, Inc.** P.O. Box 640 Devils Lake, ND 58301 | | **Professional Services** | | $3,628.56 | $0.00 | $3,628.56 |
| **Western Equipment Finance, Inc.** P.O. Box 640 Devils Lake, ND 58301 | | **Professional Services** | | $87,963.68 | $0.00 | $87,963.68 |
| **Western Equipment Finance, Inc.** P.O. Box 640 Devils Lake, ND 58301 | | **Professional Services** | | $80,190.80 | $0.00 | $80,190.80 |
| **Western Equipment Finance, Inc.** P.O. Box 640 Devils Lake, ND 58301 | | **Professional Services** | | $54,007.53 | $0.00 | $54,007.53 |
| **Western Equipment Finance, Inc.** P.O. Box 640 Devils Lake, ND 58301 | | **Professional Services** | | $27,556.82 | $0.00 | $27,556.82 |

## United States Bankruptcy Court
### Middle District of Florida

In re  Optiview 360 Tours L.L.C.

Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case '

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph A. Diaz<br>855 N US Highway 17-92<br>Longwood, FL 32750 | | 100% | Sole-Managing Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11-20-2023

Signature _____
Joseph A. Diaz

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   Optiview 360 Tours L.L.C.                                Case No. _____

                                    Debtor(s)                    Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  11-20-2023

_____
Joseph A. Diaz, President
Signer/Title

Optiview 360 Tours L.L.C. - - Pg. 1 of 1

| | | |
|---|---|---|
| Optiview 360 Tours L.L.C.<br>855 N US Highway 17-92<br>Longwood, FL 32750 | Kabbage<br>730 Peachtree St. NE<br>Suite 1100<br>Atlanta, GA 30308 | U.S. Bank N.A.<br>PO Box 790448<br>Saint Louis, MO 63179 |
| Daniel A. Velasquez<br>Latham Luna Eden & Beaudine LLP<br>201 S. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | Leaf Capital Funding, LLC<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19103 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| American Express<br>PO Box 981535<br>El Paso, TX 79990 | Marqui Longwood, LLC<br>c/o Mitch Marqui<br>3759 Brantley Place Circle<br>Apopka, FL 32703 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| Amur Equipment Finance<br>304 W. 3rd Street<br>P.O Box 2555<br>Grand Island, NE 68801 | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| Amur Equipment Finance<br>304 W. 3rd Street<br>P.O Box 2555<br>Grand Island, NE 68801 | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| Expansion Capital Group<br>5801 S. Corporate Place<br>Sioux Falls, SD 57108 | Pawnee Leasing<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| Flash Funding Services, Inc.<br>36B 9th Avenue<br>6th Floor<br>New York, NY 10001 | Region Bank<br>Collateral Management<br>P.O. Box 12926<br>Birmingham, AL 35202 | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| Florida First Capital Corp<br>1351 N, Gadsden Street<br>Tallahassee, FL 32303 | Seacoast National Bank & Trust<br>201 S. Orange Avenue<br>Suite 1350<br>Orlando, FL 32801 | |
| Joseph A. Diaz<br>855 N US Highway 17-92<br>Longwood, FL 32750 | Secured Lender Solutions<br>P.O. Box 2576<br>Springfield, IL 62708 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Optiview 360 Tours L.L.C.**　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept　　　　　　　　　$　　**17,738.00**
    Prior to the filing of this statement I have received　　　　　$　　**17,738.00**
    Balance Due　　　　　　　　　　　　　　　　　　　　　$　　　　**0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor　　■ Other (specify):　**Joseph A. Diaz**

3. The source of compensation to be paid to me is:

    ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**11/20/2023**
*Date*

　　　　　　　　　　　　　　　　　　　　　　/s/
**Daniel A. Velasquez 0098158**
*Signature of Attorney*
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800   Fax: (407) 481-5801**
**dvelasquez@lathamluna.com**
*Name of law firm*